IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 06-0085
 ((((((((((((((((

 In Re Farmers Insurance Exchange,

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The joint motion to abate mandamus proceeding, filed on
February 16, 2006, is granted, and this case is ABATED to allow the parties
to proceed with settlement negotiations.
 2. This case is removed from the Court's active docket until
further order of this Court.

 Done at the City of Austin, this 24th day of February, 2006.

 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk